# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 17-1942V
### Filed: October 19, 2018
UNPUBLISHED

---

DERHYL MIDDLETON,

              Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

              Respondent.

Special Processing Unit (SPU);
Ruling on Entitlement; Concession;
Table Injury; Influenza (Flu) Vaccine;
Shoulder Injury Related to Vaccine
Administration (SIRVA)

---

*Leah VaSahnja Durant, Law Offices of Leah V. Durant, PLLC, Washington, DC, for
petitioner.*
*Voris Edward Johnson, U.S. Department of Justice, Washington, DC, for respondent.*

## RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

On December 14, 2017, petitioner filed a petition for compensation under the
National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the
"Vaccine Act").  Petitioner alleges that she suffered a shoulder injury related to vaccine
administration ("SIRVA") caused by the influenza vaccine she received on September
27, 2016.  Petition at 1, ¶¶ 1, 5.  Petitioner further alleges that she suffered the residual
effects of her injury for more than six months and that neither she nor any other party

---

[1] The undersigned intends to post this ruling on the United States Court of Federal Claims' website. **This
means the ruling will be available to anyone with access to the internet.**  In accordance with Vaccine
Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the
disclosure of which would constitute an unwarranted invasion of privacy.  If, upon review, the undersigned
agrees that the identified material fits within this definition, the undersigned will redact such material from
public access. Because this unpublished ruling contains a reasoned explanation for the action in this
case, undersigned is required to post it on the United States Court of Federal Claims' website in
accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management
and Promotion of Electronic Government Services).

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for
ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. §
300aa (2012).

has received compensation for her injury, alleged as vaccine caused.  *Id.* at ¶¶ 5-6.  The case was assigned to the Special Processing Unit of the Office of Special Masters.

On October 15, 2018, respondent filed his Rule 4(c) report in which he concedes that petitioner is entitled to compensation in this case.  Respondent's Rule 4(c) Report at 1.  Specifically, respondent "concluded that petitioner suffered a Table injury of SIRVA."  *Id.* at 3.  Respondent further agrees that "based on the record as it now stands, compensation is appropriate, as petitioner has satisfied all legal prerequisites for compensation under the Act."  *Id.*

**In view of respondent's position and the evidence of record, the undersigned finds that petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

**<u>s/Nora Beth Dorsey</u>**
Nora Beth Dorsey
Chief Special Master
